# 14/60881

(T.) 140088    Tuesday 1:15 pm

3-21-cv-01464
UAB

Clerks Office
915 Lafayette
BIVD

① 

* Troy Lamar Jaynes    " (COMPLAINT) "
Complaint 66    "                      "

M.S District Court    Bridge port ct
* Robert J. Sweeney,    U.S. Court Court    06604
Probable Cause attorney    * 915 Lafayette    Official Business
    Defendant    Bridge port. Ct
    06604

JUN 26 2023 PM 1:29
FILED - USDC - BPT - CT

* John T Walkley    Official Business
Trial counsel
    Defendant


* Vicky H. Hutchinson
Habeas counsel
    Defendant


Due to the fact I Troy Lamar Jaynes 14608
have been incarcerated 33 years and 3 months on
Allegations Illegally confined to SerVeA 50 year team.
With Pain, Physical - mental Anguish and Suffering
defamation of character From violation of my 6th State
and Federal violations and ineffective Assistant of Counsel
from all three counsels Robert J. Sweeney, John T. Walkley
my Trial counsel, and my Habeas counsel Vicky Hutchinson
Intentionally failed to CROSS-Examine States evidence to the
complete professional Ability, who Ignore why? In EVhibits
3. Robert J. Sweeney failed Intentionally to asked Shirley
Kelley who did the Shooting was It (Bory) In Exhibits

146088

T.L.J. 146088    Tuesday    Docket no Not yet assigned

Who Mrs. Shirley Kelley Stated She didn't See the Boxy Shoot ems And Shirley Kelley thought the guy In the Brown mercedes did the Shooting and no Body's going to change her mind. Is new Information. Shirley Kelley Never mentioned Not anything about a Shooter In a Brown mercedes At the May 16 1990 Probable Cause Hearing. and Shirley Kelley did not testify at Trial And not at the Habeas Hearing. Attorney John T Walkley In Exhebits 3- Never Cross-Examine James Lynn Tuff why is he Adding new Information that he blamed the murder on Boxy as Because he Couldn't take the Blame. and why are you testifying against my Client Boxy? This cross-Examination was Ignore By John T Walkley to preserve to the Jurors And He also Failed to Cross-Examine Detective Joe Greene at my trial didn't Shirley Kelley tell you that a guy in a Brown mercedes was not mention and Both Counsel John T Walkley and my Habeas Counsel Vicky H uf chinson my Habeas Counsel never Hand gave Detective Greene Shirley Kelleys police Statement that Shirley Kelley Brought a guy in a Brown Mercedes did the Shooting and nobody's going to Change her mind in Exhibits one. Therefore Due to the fact that I Suffer pain And mental And Physical anguish and enclosed are the medications

146088

(3)      Tr) 146088          Tuesday          Docket. 3:21 cv 01464 MPS

I Am pennelled to take twice a day from Suffereing
33yrs defamation of Character, and Illegally
confinment on nothing tangible: and
Their Intentional Ineffective counsel I Am
requesting $ 25,000,000 * . That is
$ 25. million

146088
Troy Lamar Traynon
Garner CI D-118
So marina creek P.o
Marksan ct
06636

3:30 Pm

# 146088.

May 28, 2023    Docket.
Sunday   9:47 Pm         3.22 Cv-01464
                              VAB

# "COMPLAINT"

# Troy Lamar Jaynes
    Komplaintiff                        "CLERKs @

                                        OFFice

                                        u.s. Court
# Robert J Sweney                        House

Probable Cause Lawyer                   915 Lafayette
    Defendant                            Blvd

                                        Bridgeport
# John T. Walkley                        Ct 06604
Trial Counsel                           OFFicial Business
    Defendant

# Vicky Hutchinson

Habeas Counsel

# EXIBIT

three

1-OF-1

MY SISTER

TARa Lynn Jaynes

44 ORange St Apt. 413

New Haven, C

06510

(203) - 809- 7335.

Probable cause Hearing

(39)  Thirty nine

Page 

A    I seen Boxy shot somebody, that's it.

Q    How many shots?

A    It was about three.  Three.  Three..   I think it was three or four.  I-- I didn't count them.

Q    Okay.  Was this at night time?

A    Yes, sir.  I was going to my mother's.

Q    And, was it near the dumpster over on-, where-, in the general area of the dumpster?

A    Yes.  Yes, sir.

Q    And, did you know who he shot, or  know who it was?

Ⓐ    The guy?

Q    Yeah.

Ⓐ    Uhn hnn.

Q    Okay.   Do you-- Do you remember how long ago this was?

A    How long ago it was?

Q    Yeah.  How-- That this happened?

Ⓐ    (Inaudible.)

Q    When he shot the  person, what  did the person do?  He shot someone, what did he-- The person who was shot, what did he do?

Ⓐ    I-- Okay.  The  guy, he, like, fell, okay.  But, I-- Do you want me to really tell the truth?

Q    Well,....

THE COURT:  Of course you're here to

Probable cause, may 10, 1990 Shirley Kelly never medium says Anything about a Bo run

3-copies

Shirley Kelley never mentions
anything about the guy in the Brown    Kelley
tell the truth. moved in the Shooter    40  Fourty

Q    I guess that would be preferable, yes.

A    Okay.    I was coming around the corner,
minding my business, and as I got around the curb,
like, okay, I seen Boxy and this guy, all right.  Boxy
started shooting, I don't know if the guy had a gun,
but, I-, I didn't see him with one, but I seen Boxy
with one.  Okay.  So, I don't know if this guy was
going to rob Boxy or not.  All right.  Because they,
generally, do that, they tries to rob people, they comes
in and tries to rob him.  And, I got on another side,
they didn't thought anybody really seen it, but I guess
somebody did.  And,-   And, I observed the whole thing.
I saw everything that went down, because I was there,
standing there, at that time.

Q    And, this fellow fell to the street?

A    He fell.

Q    And, did the police arrive later on?

A    Lets see, when the police arrived, I wasn't
there.  I was at...

Q    Okay.  And, did you recognize anyone else who
was there, at the time?

A    Yes.

Q    Who was that?

A    It was Taft and...

Q    James...  That was Taft?

# 146088

May 28, 2023   Docket
Sunday 10:01 Pm   3:21-cv-0110
VAB

✕ Troy Lamar Jay res " COMPLAINT "
complaint16                          " Clerks Office

                                     U.S. Court
✕ Robert J. Sweeney                  House
Probable Cause Hearing Lawyer
        Defendant                    915 Lafayette
                                     Blvd
                                     Bridgeport, Ct
✕ John T Walkley                       06604
Trial Counsel
        Defendant                    Official
                                       Business

✕ Vicky Hutchinson
    Habeas Counsel

" EXHIBIT "

four

1-of-1

MY SISTER

Troo

Tara Lynn Jaynes
44 ORange St Apt. 413
New Haven, Ct
06510

(203) 809-7335

6    I don't need to do any more legal work

32

A    We—  I—  I call him Taft.

Q    Okay.

A    And, Boxy  ran into  his home, okay.  Cause I seen him, when he ran in his home.  And, it was—  There was—  It look like—  There was a couple people, but I just don't want to name them.

Q    All right.  That's  fine.  All right.  Thank you.

                    MR. DEARINGTON;  Nothing further.

                    THE COURT;  Mr. Sweeney?

                    MR. SWEENEY;  Thank you.

CROSS EXAMINATION BY MR. SWEENEY;

Q    Ms. Kelly....

A    Yes.

Q    You indicated you were coming around a corner?

A    Yeah, it's—  Yes, sir.

Q    Okay.  And, what  is the  first thing you saw when you came around that corner?

A    Okay.  I was  coming—  Okay.  I coming this way, right.  So,  I got right in here, it's like-, it's a little  apartment—  There's a—  When you turn the corner, when  you go  around the  corner, you got apart-ments, okay.  On the other...

Q    Could I interupt you, for a  minute.  I'm not really  that  familiar  with  the area.  What corner are you turning?

Shirley Kelly never says anything about a Brown Mercedes on 5/10/1990

Javar said he saw a Brown Javar

Thirty one (31)

7

And that the facts establishing the grounds for issuing a Search and Seizure Warrant are the following:

Both Detective Anthony DiLullo and Detective Joseph Greene are members of the New Haven Police Department and have a combined total of thirty four (34) years Police training and experience prior to the date hereof, and at all times mentioned herein were acting as members of the New Haven Police Deparmtent, and the following facts and circumstances to be described are stated from personal knowledge and observation as well as information received from brother Officers acting in their official capacity.

Both Detective Anthony DiLullo and Detective Joseph Greene have investigated numerous assaults, sexual assaults, robberies, burglaries, and homicides, have made arrests and obtained convictions in a court of law.

On March 29, 1990, at approximately 10:17 p.m., the New Haven Police Department received a complaint of a person being shot on South West Drive near Webster Street. Officer K. Dillon, a member of the Uniform Services Division, did respond and did locate the body of a black male later identified as Anthony Pearson. Mr. Pearson was suffering from several gunshot wounds and was immediately rushed to St. Raphael's Hospital. While at St. Raphael's Hospital a team of medical Doctors attempted to save the life of Mr. Pearson. At 10:45 p.m., Dr. Fuenfer pronounced Mr. Pearson deceased. The body of Anthony Pearson was examined and five (5) gunshot wounds were located. The remains of Mr. Pearson were sent to the Office of the Chief Medical Examiner in Farmington where an autopsy was performed. The results of the autopsy did reveal that the cause of death has been certified as gunshot wounds to the neck and back, and the manner of death has been certified as a homicide.

Investigators assigned to the Pearson homicide interviewed a person identified as James Taft who stated that he was present on South West Drive when this shooting occurred. Mr. Taft stated that he, along with another person known as Boxie, and the victim, Anthony Pearson, were standing by the dumpster. This person Boxie was attempting to sell Anthony Pearson narcotics and became involved in a verbal dispute. According to Mr. Taft, the victim, Pearson, reached into his right side jacket pocket and began to produce a weapon. It was at this time that Boxie, who was also armed with a handgun, began firing at Pearson who fell to the ground. After the shooting everyone fled the area, leaving Pearson lying on the ground.

Mr. Taft stated that he knows this person Boxie for many years, and further that Boxie resides on South West Drive. Records at the New Haven Police Department do show that a person with the nickname of Boxie has a true identity being Troy Jaynes, a black male having a date of birth being June 22, 1968, residing at 19 South West Drive. Mr. James Taft was shown New Haven Police photograph #78885 and stated that the person in this photograph is the person known to him as Boxie, the same person who shot and killed Anthony Pearson. Mr. Taft did sign and date this photograph, and said photograph was placed into evidence. Notation is made at this time that New Haven Police photograph #78885 is a photograph of Troy Jaynes, also known as Boxie.

According to Mr. James Taft, he did inform Investigators that immediately after the shooting this person Boxie did run from the crime scene and did flee into his residence at 19 South West Drive. According to Mr. James Taft, the weapon used during the commission of this homicide was in the hand of Boxie at the time he was observed running from the crime scene to his residence.

Investigators did also interview Shirley Kelley who stated that she was walking on South West Drive near Webster Street when she heard five gunshots. Kelley stated that she observed the victim, Anthony Pearson, fall to the ground and then observed the person known to her as Boxie with a gun in his hand. Miss Kelley informed Investigators that Boxie dropped the gun and told her, being Shirley Kelley, to pick it up, to which she refused to do. Shirley Kelley stated that she at this time was afraid and immediately jumped into a vehicle in order to get out of the area.

Shirley Kelley never mentions any thing abt A Brown mercedes why? And me as a Shooter,

Taft

(4)

12

152

1    coming down like you heading towards Dixwell.

2         Q    He was heading towards Dixwell, over here, I

3    want to make it --

4              THE WITNESS:  Can I go over there and show

5              him?

6              THE COURT:  Yes, of course, you can.

7              (Mr. Taft,) would you just step back so the

8              jurors can see what you are talking about.

9    *James Lynn Taft:*  THE WITNESS:  This is Webster and

10             Southwest Drive right here, they got a dumpster

11             right here, I just walk right here.  And when I

12             heard the argument, I walk back this way

13             because I heard the argument, it was getting

14             loud, and then he -- he is like a real brother

15             of mine.  It hurt me to my heart to be here to

16             testify against him.  I have to do it because I

17             can't take the blame.  I walk down and I seen

18             Slick standing right here and I walked up.

19    BY MR. WALKLEY:  *John T. Walkley = represented me here At my trial*
                       *on 10/5/1991. "Ignoring the new information," Taft/Bianca*

20         (Q)   So, your testimony is that Slick or Bernard

21    Draughn was standing there?  *Walkley never cross-examine Taft for the Blooming*
                                   *of the murder on me (Troy Lamar Jaynes) 146088*

22         A    Somewhere in that area, yes, sir.

23         Q    And then you heard the argument and you walked

24    right past to where this occurred?

1-of-1

My Sister

Tara Lynn Jaynes
44-Orange St Apt. 413
New Haven Ct
06510
(203)-509-7335

May 28, 2023
Monday 9:00 pm

# 146088

"Complaint" Docket no.

X Troy Lamar Jaynes//              " 3:21-cv-01464
       Plantiff                                VAB

"EXHIBIT
" One "

X Robert J Sweney                          Clerks Office

Probable Cause Lawyer           U.S. Court House
Defendant                          # 915 - Lafayette
                                              Blvd

X John T Walkley                       Bridgeport, Ct
Trail Counsel
Defendant                                    06604
X Vicky Hutchinson                       Official
Habeus Counsel                          Business
Defendant


EXHIBIT

ONE

1          MS. HOWE:    Eight.

2          THE COURT:    Could I see Exhibit 8, please.

3     Thank you.                                    Thirty Six    36

4          MS. HOWE:    On page 4 it refers, "Now, you

5     say when you got there "Boxy" --

6          THE COURT:    Hold on one second I'm trying

7     to -- all right.  Go ahead.

8          MS. HOWE:    She says do you say -- "Now you

9     say when you got there "Boxy" didn't shoot him;

10    correct?"  And she answers, "Yes, because I

11    thought the guy in the brown Mercedes did the

12    shooting and nobodys not going to change my

13    mind."

14         "QUESTION:  Now, how do you know "Boxy" did

15    the shooting?"

16         "Because I know "Boxy" I'm looking right at

17    'Boxy'."  "Did you see "Boxy" with the gun?"

18    "Yeah, black handle gun."

19         It starts out saying she saw him shoot the

20    man.  I can't think of a statement more explicit

21    than that.

22         I would also point out to Your Honor the

23    transcript from the trial includes the testimony

24    of Dr. Carver on the December 9, 1991, testimony

25    and he refers during the course of the testimony

26    about the autopsy report, and referring to one of

27    the wounds have stippling marks which would be

New Information

Habeas transcripts, Shirley Kelley Never Personally
testify at my 12/5/1991 Trial when walkley was my Counsel

Exhibits 3                Legal    PAge 16

*Kelley* ①
33

A    I'm turning on Webster, you know the corner
of Webster Street?

Q    Uh hmm.

A    Okay. I'm turning in-, into...

Q    Southwest Drive?

A    Yeah, I'm coming in there.

Q    Okay. I'm sorry, go ahead. And, what did
you see?

A    I see them two. Because I-- Well, let me
tell you, I-, I got in-, I jumped in a car. And, I
can't tell you what-, what, you know, the guy car I got
into. But, to me, I think Boxy was like-, he was
defending himself. He- He didn't-- Like,-- I'll put
it this way, he didn't-- I mean, he-- He looked like
he didn't mean to. Okay. That's the way my point of
view is, in this thing. I don't even want to be here,
to tell you the truth.    *Then why did you make statements
against my clients*

Q    Right. So, based on what you observed, you
thought he was defending himself?

A    Yeah.

Q    You said you jumped into a car?

Ⓐ    Yes, sir. I don't know who car, don't-,
don't ask me, cause I'll be telling a lie if I tell
you..

Q    All right. I won't ask you.

A    Okay.

*Fourty*
*one*
*41*

1-of-1

My Sister

TaraLynn Jaynes

44-Orange St Apt. 413

New Haven CT
06510

(203)-809-7335

**Garner Correctional Institution**
May 11, 2023
MH Invol Med Panel Decision
Page 1

**TROY JAYNES    INMATE ID #:** 00146088    54 Years Old
**DOB:** 06/22/1968    **Race:** Black or African American    **Gender:** Male
**LOC:** 136 D 118    **Med Score:** 3    **Sub Score:** L...    **MH Score:** 4    **Sub Score:** D...

**05/10/2023 - MH Invol Med Panel Decision: MH Invol Med Panel Decision**
**Provider:** Seana Peters APRN
**Location of Care: Hartford Correctional Center**

**Encounter Context**
**Facility at time of evaluation:** Hartford Correctional Center
**Age at Time:** 54 Years Old

**Psychiatrist:** Seana Peters APRN
**Authorize use of Involuntary Medication:** Yes
**Panel Member:** Tara Dean LCSW
**Authorize use of Involuntary Medication:** Yes
**Panel Member:** Pasquale Cusana LPC
**Authorize use of Involuntary Medication:** Yes
**MH Involuntary Med Response to IM**

**DATE & TIME:** 05/10/2023

**INMATE NAME:** TROY JAYNES

**INMATE ADVISOR:** Kuzebski CSW

An Involuntary Medication Panel was held on 05/10/2023to determine if your treating psychiatrist or APRN would be given permission to administer involuntary medication. The result of the panel is as follows:

**-INVOLUNTARY MEDICATION WAS AUTHORIZED.**
**Rationale for Disposition:** Inmate a 54-year-old African American male with a diagnosis of schizoaffective disorder. The panel members met with inmate at 1:00pm, after introductions and an explanation of the purpose and process of the panel to the inmate, the referring Psychiatrist was given the opportunity to presents his findings and to share his concerns. The inmate given the opportunity to cross-examine the referring Psychiatrist, inmate reports that he did not have any questions. Advocate reports inmate had no witnesses and inmate reports that he did not have a witness.
Referring Psychiatrist reported:
* History of florid psychosis requiring IPM stabilization, and other interventions when not adequately medicated
* Selective medication non-compliance without the authority of a panel, the result of which would be a psychotic exacerbation, potentially consistent with grave disability.
* Residual symptoms even when medicated
* Worsening of symptoms occur quickly and are more significant with medication non-compliance.
Inmate presents as awake, alert, calm, cooperative and oriented to person, time, and place. Adequately groomed and appropriately dressed in jail attire clothing with fair personal hygiene. Inmate maintained appropriate eye contact throughout the meeting. Mood presents as euthymic. Affect full range and congruent with mood. Speech dysarthric and difficult to understand at times, normal volume. TP/TC mostly organized and future oriented, somwhat tangential, no obvious perceptual disturbances. No SI/HI. Inmate has insight that "the meds make me feel good; I don't want to change anything".
Although inmate has been compliant with taking oral medications the panel feels that Mr. Jaynes has a chronic mental illness, is at high risk for medication noncompliance and will likely decompensate to a state of grave disability including putting himself and others in danger without involuntary medication. By unanimous decision, involuntary medications are authorized

**Garner Correctional Institution**                                 May 11, 2023
MH Invol Med Panel Response                                         Page 1

**TROY JAYNES    INMATE ID #:** 00146088    54 Years Old
**DOB:** 06/22/1968    **Race:** Black or African American    **Gender:** Male
**LOC:** 136 D 118    **Med Score:** 3    **Sub Score:** L..    **MH Score:** 4    **Sub Score:** D...

**05/10/2023 - MH Invol Med Panel Response: MH Involuntary Medication Panel Written Response to Inmate**
**Provider:** Seana Peters APRN
**Location of Care: Hartford Correctional Center**

**Encounter Context**
**Facility at time of evaluation:** Hartford Correctional Center
**Age at Time:** 54 Years Old

**Inmate Name:** TROY JAYNES
**Inmate Advisor:** Kuzebski CSW

An Involuntary Medication Panel was held on  **05/10/2023**  to determine if your treating psychiatrist or APRN would be given permission to administer involuntary medication.

**The result of the panel is as follows:**  Involuntary Medication WAS Authorized

**ACKNOWLEDGEMENT**

**I hereby acknowledge receipt of the Mental Health Involuntary Medication Panel Response, notice of right to appeal, and attached Appeal of Decision to Involuntarily Medicate.**

X _Troy Lamar Jaynes_                              Date: _5/11/2023_
Inmate Signature

**Inmate Name:** TROY JAYNES

_____

**Electronically signed by Seana Peters APRN on 05/10/2023 at 1:22 PM**

_____

*(handwritten notes)*
1146088
Troy Lamar Jaynes
Garner CI  D-118
50 nunnawauk Road
Newtown CT
06470
12:26 Am

**Garner Correctional Institution**                                    May 11, 2023
MH Invol Med Panel Decision                                                Page 2

**TROY JAYNES**      **INMATE ID #:** 00146088      54 Years Old
**DOB:** 06/22/1968      **Race:** Black or African American      **Gender:** Male
**LOC:** 136 D 118      **Med Score:** 3   **Sub Score:** L..      **MH Score:** 4   **Sub Score:** D...

**Electronically signed by Seana Peters APRN on 05/10/2023 at 2:31 PM**
**Electronically signed by Pasquale Cusano LPC on 05/10/2023 at 2:35 PM**
**Electronically signed by Tara M Dean LCSW on 05/11/2023 at 7:29 AM**

T.L.J 146088   June 8, 2023   Docket No

146088   Thurs Day 3.30 am   3.26-cv-01bc
                                        MAB

1-or-1   Request to = Dinah milton Kinney
                      Clerks Office
                    us District Court
                    "#
                      915. Lafayette Blus
                        Bridge port, ct
                          06604
                          Official Business

① # Please turn Bug forgive me for my rather
difficult I take a whole lot of meds that
make me drowsy.

② # my Vision is double and Blurry.
And my eye glasses are being
repaired.
                    SEE enclosed Thankyou


            Troy Lamar Jaynes '146088

        Garner C.I. B 206
          50 Nunnawauk R.D
            New town ct
              06470
              3.39 pm

# 146088

May 28, 2023    Docket 3.24-Cv-0116
"Sunday 9:37 Pm    VAB    4
"Complaint"

* Troy Lamar Jaynes 146088        CLERKS
   Complaint iff                   Office
                                   u.s. Court Ho

                                   # 915 Lafayette
* Robert J Sweeney                 Blvd

   Probable Cause Lawyer           Bridge port
      Defendant                    Ct
                                        06604
* John T. Walkley                  OF Fraud
   Trial Counsel                   Business
      Defendant

* Vicky Hutchinson
   Habeas Counsel
      Defendant


                  E X I B I T

                      two