146088. T.L. 146088    Saturday 1:06 pm    Docket No 3:23 cv 834(I,)pm

OCT 16 2023 PM 1:12
FILED_M - USDC - BPT- CT

1-OF-1

Troy Lamar Jaynes 146088

Garner CI B113

50 Nunnawauk Roads

Newtern CT
06470

MOTION
FOR
AGREED
SETTLEMENT

Dinah Milton Kinney

CLERKs Office

U.S. Drict court Of Connecticut

U.S Court House

915. Lafayette BlVD

Bridgeport, CT

06604

Official - Business

PLAINtiffs

Robert J Sweeney

John T Swinney

Vicky Henry Hutchinson

*3- Defendants consolidated

---

I inmate Troy Lamar Jaynes 146088 Am a 1- discipline, 2-over-all and a 4.5 low mental-Health prisoner Over 33½ years on Allegations and errors and ineffective assistance of Counsel. I have Several positive group reports and Certificates. And I have not receive a ticket over many, many, years. I look forward to dismissing the case (s) I have pending, for the Agreed Settlement, to Support my request presently, for a transfer to Osborn-CI in Punitive Seg, Single cell Status alone with my Religious Books of Theology, 3 Showers a week monday, wednesday and Friday 2. Phone calls a week, 1- Haircut a month Meds twice a day, 3 Stale meals a pending. No programs, commissary once a week for to Serve the rest of my 50 year term with one year consecutive Punitive charge, for tossing water on a peace officer. If your Authority can Support this issue to happen, please urgently do So? Thankyou for your time and consideration. Because I Am under the old law and I Were Arrested on April 2, 1990 monday and I am currently 8½ years over 50% of my 50 year term in the Department of correction in the State of connecticut. October 7, 2023, on Allegations? Please Assist me? Thankyou